NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILBERT LARKINS,      )
         )
         Appellant,      )
         )
v.      )      Case No. 2D18-727
         )
STATE OF FLORIDA,      )
         )
         Appellee.      )
_____)

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher C.
Sabella, Judge.


PER CURIAM.

Affirmed. See Brooks v. State, 969 So. 2d 238 (Fla. 2007); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Allen v. State, 976 So. 2d 1189 (Fla. 5th DCA 2008); Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005).


CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.